UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GLEN D. COLLINS,

    Petitioner,

v.

LOS ANGELES SUPERIOR COURT et al.,

    Respondents.

Case No. CV 20-4784-GW (JPR)

**J U D G M E N T**

Pursuant to the Order Dismissing Habeas Petition for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 21, 2021

GEORGE WU
U.S. DISTRICT JUDGE